UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

METROPOLITAN LIFE INSURANCE CO.,

    Plaintiff,

vs.                                    Case No. 8:10-cv-28-T-33MAP

RONALD CORONITI, LISA CORONITI,
and DESIREE BELL,

    Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to Plaintiff Metropolitan Life Insurance Company's Unopposed Motion to Allow Interpleader and for Dismissal from this Action with Prejudice (Doc. # 27), which was filed on July 12, 2010. The Motion will be granted as specified in this Order.

MetLife is directed to deposit into the Registry of the Court the life insurance benefits at issue in this case, payable under Veolia Environmental Services North America Corp. Employee Life and Disability Plan (the "Plan") as a consequence of the death of Joseph M. Coroniti, in the amount of One Hundred Ninety-Six Thousand Dollars ($196,000), plus any applicable interest (the "Plan Benefits") within thirty (30) days.

1

The Clerk is directed to deposit the funds into a special interest bearing account as provided by Local Rule 4.16(a), M.D. Fla.

Upon deposit of the Plan Benefits, plus any applicable interest, into the Court's registry, MetLife shall be dismissed from this action with prejudice, and MetLife, the Plan, and Veolia Environmental Services North America Corp. will be discharged from any and all liability to Defendants, and their heirs, successors, assigns, and/or anyone claiming through them, for any claim, demand, action or cause of action arising out of or in any way connected with the Plan Benefits, plus any applicable interest.

Each of the Defendants are enjoined and restrained from instituting any action or proceeding in any state or United States court against MetLife, Veolia Environmental Services North America Corp., or the Plan and/or its affiliates or successors for the recovery of the Plan Benefits, plus any applicable interest.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff Metropolitan Life Insurance Company's Unopposed Motion to Allow Interpleader and for Dismissal

from this Action with Prejudice (Doc. # 27) is **GRANTED** consistent with the foregoing.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 13th day of July 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record